# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KEITH LAMONT BURLEY, JR.,  :  No. 108 WM 2020

Petitioner  :

v.  :

COMMONWEALTH OF PENNSYLVANIA,  :
DISTRICT ATTORNEY'S OFFICE,  :
LAWRENCE COUNTY, DISTRICT  :
ATTORNEY JOSHUA D. LAMANCUSA,  :
AND DIRECTOR OF INVESTIGATIONS  :
VINCE MARTWINSKI,  :

Respondents  :

## ORDER

**PER CURIAM**

   **AND NOW**, this 19th day of March, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.